Joseph G. Adams (#018210)
Rachael Peters Pugel (#032626)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: jgadams@swlaw.com
         rpugel@swlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swimlane, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CyberSponse, Inc., a Florida corporation; Joseph Loomis and Kimberly Loomis, husband and wife,<br><br>    Defendants. | No. 2:17-cv-00438-DJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties agree and stipulate that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

A proposed form of order is submitted herewith.

4817-2413-9619

DATED this 20th day of April, 2018.

| SNELL & WILMER L.L.P. | WILENCHIK & BARTNESS L.L.P. |
|---|---|
| By: s/ Joseph G. Adams<br>Joseph G. Adams (#018210)<br>Rachael Peters Pugel (#032626)<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br>*Attorneys for Plaintiff* | By: s/ David A. Timchak<br>Dennis I. Wilenchik (#005350)<br>John D. Wilenchik (#029353)<br>David A. Timchak (#032095)<br>The Wilenchik & Bartness Building<br>2810 North Third Street<br>Phoenix, Arizona 85004<br>*Attorneys for Defendants* |

4817-2413-9619

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha

4817-2413-9619