# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swimlane LLC, | No. CV-17-00438-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| CyberSponse Incorporated, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal with Prejudice (Doc. 63),

IT IS ORDERED approving the Stipulation (Doc. 63) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

IT IS FURTHER ORDERED vacating the June 29, 2018 Status Conference from the Court's calendar.

**Dated** this 26th day of April, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge